[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15608
Non-Argument Calendar
_____

D.C. Docket No. 1:14-cr-00018-MP-GRJ-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MICHAEL EDWARD CURRY,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(July 29, 2015)

Before MARTIN, JORDAN and ANDERSON, Circuit Judges.

PER CURIAM:

Randolph Murrell and Chet Kaufman, appointed counsel for Michael Edward Curry, have filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsels' assessment of the relative merit of the appeal is correct. Because independent review of the entire record reveals no arguable issues of merit, counsels' motion to withdraw is **GRANTED**, and Curry's conviction and sentence are **AFFIRMED**.